United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-14588-elf
Sharonn E Thomas-Pope                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia               Page 1 of 1                    Date Rcvd: Aug 04, 2017
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db             +Sharonn E Thomas-Pope,    856 N. 29th Street,    Philadelphia, PA 19130-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
          JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E Thomas-Pope joshualthomas@gmail.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com
          MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, NA paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as indenture
           trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SHARONN E. THOMAS-POPE, | : | Bky. No. 17-14588 ELF |
| | : | |
| Debtor | : | |

# O R D E R

**AND NOW,** this case having been commenced on **July 6, 2017**,

**AND**, the Debtor having made an initial request for an extension of time to file the schedules, statements and other required documents having been previously requested and granted,

**AND**, the Debtor's initial request having been granted by the court,

**AND**, the Debtor having failed to file the required documents within the extended period,

**AND**, the Debtor having filed a **Motion for Second Extension of Time to File Schedules, Statements and Other Required Documents** ("the Motion"),

**AND**, the Debtor having failed to set forth a factual basis in the Motion justifying the granting of a further extension of time,

It is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. **If all of the required documents are not filed on or before August 11, 2017, this case may be DISMISSED without further notice**.

Date: August 4, 2017

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**