**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE: SHARONN E. THOMAS-POPE     :           CHAPTER 13

                          :

          Debtor          :           CASE NO. 17-14588-elf

_____:

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance as

counsel for, Dalin Funding, LP pursuant to applicable provisions of the Bankruptcy Rules 2002

and 9010(b), and demands that all notices given or required to be given in this case and all

papers served or required to be served in this case be given to and served upon the undersigned at

the office and address set forth below:

Peter E. Meltzer, Esquire
**WEBER GALLAGHER SIMPSON**
**STAPLETON FIRES & NEWBY, LLP**
2000 Market Street, 13th Floor
Philadelphia, PA 19103
Telephone: (267) 295-3363
Facsimile: (215) 564-7699
Email: pmeltzer@wglaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the

notices and pleading referred to in the Bankruptcy Rules specified above, but also includes

without limitation, notices of any application, motion, petition, pleading, request, complaint, or

demand, whether formal or informal, whether written or oral, and whether transferred or

conveyed by mail,

delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the

Debtor or its respective property and/or property of the estate.

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY
LLP**
*Attorneys for, Dalin Funding, LP*


By: */s/Peter E. Meltzer_____*
Peter E. Meltzer, Esquire
2000 Market Street, 13th Floor
Telephone: (267) 295-3363
Facsimile: (215) 564-7699
pmeltzer@wglaw.com

DATED: August 14, 2017

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE: SHARONN E. THOMAS-POPE   :          CHAPTER 13

                           :

          Debtor           :          CASE NO. 17-14588-elf

_____:

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2017, this office caused the within Notice of Appearance and

Request for Service of Documents to be filed with the Clerk of the United States Bankruptcy

Court, for the Eastern District of Pennsylvania, via electronic filing. I further certify that on

August 14, 2017 the foregoing Notice of Appearance was served by electronic transmission

(CM/ECF System) to the parties on the clerk's list who receive electronic notification of filings.

**WEBER GALLAGHER SIMPSON**
**STAPLETON FIRES & NEWBY**
**LLP**
*Attorneys for, Dalin Funding, LP*

By: */s/Peter E. Meltzer*_____
Peter E. Meltzer, Esquire
2000 Market Street, 13th Floor
Telephone: (267) 295-3363
Facsimile: (215) 564-7699
pmeltzer@wglaw.com

DATED: August 14, 2017