# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14588-ELF

SHARONN E THOMAS-POPE

856 N. 29TH STREET

PHILADELPHIA, PA 19130

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHARONN E THOMAS-POPE

856 N. 29TH STREET

PHILADELPHIA, PA 19130

Counsel for debtor(s), by electronic notice only.

JOSHUA LOUIS THOMAS
1110 POCOPSON ROAD
PO BOX 415
POCOPSON, PA 19366-

Date: 9/14/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee