# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| SHARONN E. THOMAS-POPE, | : CASE NO. 17-14588 ELF |
| DEBTOR | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO AMENDED PLAN |
| MOVANT | : |
| V. | : HEARING DATE AND TIME : October 17, 2017 @ 10:00 a.m. |
| SHARONN E. THOMAS-POPE, | : |
| RESPONDENT | : RELATED TO DOCKET NO. 43 |

### CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO AMENDED DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Amended Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on October 12, 2017, by:

**17-14588 ELF  Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Danielle Boyle-Ebersole at debersole@hoflawgroup.com, bbleming@hoflawgroup.com

Kevin S. Frankel at pa-bk@logs.com

Mario J. Hanyon at paeb@fedphe.com

Peter E. Meltzer at bankruptcy@wglaw.com, state@wglaw.com

Harry B. Reese at harry.reese@pkallc.com, chris.amann@pkallc.com, nick.bracey@pkallc.com, jill@pkallc.com, samantha.gonzalez@pkallc.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Joshua L. Thomas at joshualthomas@gmail.com

Matteo S. Weiner at bkgroup@kmllawgroup.com

Robert W. Williams at rwilliams@mwm-law.com


**17-14588 ELF  Notice will not be electronically mailed to:**

The Bank of New York Mellon
Robertson, Anschutz & Schneid
6409 Congress Ave., Suite 100
Boca Raton, FL  33487


EXECUTED ON:  October 12, 2017

                              Respectfully submitted by,

                By:    /s/ Jim Peavler
                      Counsel
                      PA Department of Revenue
                      Office of Chief Counsel
                      Dept. 281061
                      Harrisburg, PA 17128-1061
                      PA I.D.  320663
                      Phone:  717-787-2747
                      Facsimile:  717-772-1459
                      jpeavler@pa.gov