# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| SHARONN E. THOMAS-POPE,<br>　　　　　Debtor | : |
| | : Bankruptcy No. 17-14588elf |
| MARTIN BROWN and BROWN and THOMAS, LLC, | : |
| 　　　　　Movants | : |
| 　　v. | : |
| SHARONN E. THOMAS-POPE,<br>　　　　　Debtor | : |
| | : |

## AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Martin Brown, and Brown and Thomas, LLC, have filed a Motion for Relief from the Automatic Stay Pursuant to § 362 of the Bankruptcy Code with the court seeking relief from the automatic stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 21, 2017 you or your attorney must do all of the following:

　　　　(a)　　file an answer explaining your position at:

　　　　　　Clerk's Office, U.S. Bankruptcy Court
　　　　　　The Robert Nix Building
　　　　　　900 Market Street
　　　　　　Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　(b)　　mail a copy to the Movant's attorney:

1

>Clayton Commercial Litigation LLC
>E. McCord Clayton, Esquire
>Two Penn Center
>1500 JFK Boulevard, Suite 920
>Philadelphia, PA  19102
>P: 267-242-3943
>Cord@claytonlit.com

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on November 29, 2017 at 10:00 a.m., Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA, 19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

>Respectfully Submitted,
>
>*/s/ E. McCord Clayton*
>_____
>E. McCord Clayton, Esq.
>Clayton Commercial Litigation LLC
>Two Penn Center
>1500 JFK Boulevard, Suite 920
>Philadelphia, PA 19102
>Ph: 267-242-3943
>cord@claytonlit.com

Dated: October 30, 2017

2