# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 17-14588-ELF

SHARONN E THOMAS-POPE

856 N. 29TH STREET

PHILADELPHIA, PA 19130

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SHARONN E THOMAS-POPE

    856 N. 29TH STREET

    PHILADELPHIA, PA 19130

**Counsel for debtor(s), by electronic notice only.**
    JOSHUA LOUIS THOMAS
    1110 POCOPSON ROAD
    PO BOX 415
    POCOPSON, PA 19366-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                          /s/ William C. Miller

Date: 11/14/2017

                                          _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee