## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SHARONN E. THOMAS-POPE, | : | Bky. No. 17-14588 ELF |
| | : | |
| Debtor | : | |

# O R D E R

**AND NOW,** for the reasons stated in court, it is hereby **ORDERED** that:

1. The evidentiary hearing on the Motion for Relief from the Automatic Stay filed by Martin Brown and Brown and Thomas, LLC (Doc. # 51) is **CONTINUED** to **December 15, 2017, at 9:00 a.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

2. All exhibits to be offered in evidence in each party's case-in-chief shall be exchanged **on or before December 11, 2017**.  Documents that are not exchanged will not be admitted into evidence.

**Date:  November 29, 2017**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**