United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 17-14588-elf
Sharonn E Thomas-Pope                                                          Chapter 13
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1          Date Rcvd: Nov 29, 2017
                           Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db             +Sharonn E Thomas-Pope,    856 N. 29th Street,    Philadelphia, PA 19130-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, et al. c/o
        Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
        E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
        HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com
        JAMES P. SHAY    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For et
        al. james.shay@phelanhallinan.com
        JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
        JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcyl@state.pa.us,
        RA-occbankruptcy6@state.pa.us
        JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E Thomas-Pope joshualthomas@gmail.com
        KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        pa-bk@logs.com
        KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
        MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, NA paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as indenture
        trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1
        bkgroup@kmllawgroup.com
        PETER E. MELTZER    on behalf of Creditor    Dalin Funding LP bankruptcy@wglaw.com,  state@wglaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
        YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2
        bkgroup@kmllawgroup.com
        ROBERT WINFIELD WILLIAMS    on behalf of Creditor    First Tennessee Bank, National Association
        rwilliams@mwm-law.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC pa.bkecf@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                      TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SHARONN E. THOMAS-POPE, | : | Bky. No. 17-14588 ELF |
| | : | |
| Debtor | : | |

# <u>O R D E R</u>

**AND NOW,** for the reasons stated in court, it is hereby **ORDERED** that:

1. The evidentiary hearing on the Motion for Relief from the Automatic Stay filed by Martin Brown and Brown and Thomas, LLC (Doc. # 51) is **CONTINUED** to **December 15, 2017, at 9:00 a.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

2. All exhibits to be offered in evidence in each party's case-in-chief shall be exchanged **on or before December 11, 2017**.  Documents that are not exchanged will not be admitted into evidence.

Date:  <u>November 29, 2017</u>

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**