UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SHARONN E. THOMAS-POPE, | : | Bky. No. 17-14588 ELF |
| | : | |
| Debtor | : | |

# O R D E R

**AND NOW,** upon consideration of the Motion for Relief from the Automatic Stay (Doc. # 51) filed by Martin Brown and Brown and Thomas, LLC (collectively "Brown"), and the response thereto, and after a hearing, and for the reasons stated in court,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART and DENIED IN PART**.

2. Effective immediately, Brown is **GRANTED** prospective relief from the automatic stay, see 11 U.S.C. §§362(a), (d), to assert his claims for monetary and injunctive relief in the pending action docketed C.A. No. L-2368-16 (N.J. Super. Camden Cty.) ("the State Court Action") **PROVIDED HOWEVER**, that Brown may not execute upon or otherwise to seek to enforce any money judgment entered in the State Court Action.

3. The automatic stay is **ANNULLED IN PART as to the Brown**, as follows:

    a. All actions taken by the parties, the arbitration panel and the court in the State Court Action during the period **July 6, 2017 to September 29, 2017** are hereby **VALIDATED**.

    b. All actions taken by the parties and the court in the State Court Action after **September 29, 2017** are **VOID**.

4. All other relief requested by the parties is **DENIED**.

Date: **December 15, 2017**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**