United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharonn E Thomas-Pope  
    Debtor

Case No. 17-14588-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 1            Date Rcvd: Dec 15, 2017
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.
db             +Sharonn E Thomas-Pope,    856 N. 29th Street,    Philadelphia, PA 19130-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:

        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   U.S. Bank, National Association, et al. c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
        E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com  
        HARRY B. REESE    on behalf of Creditor   WELLS FARGO BANK, N.A. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com  
        JAMES P. SHAY    on behalf of Creditor   Wells Fargo Bank, National Association As Trustee For et al. james.shay@phelanhallinan.com  
        JEROME B. BLANK    on behalf of Creditor   Hsbc Bank USA, N.A., AS Indenture Trustee For et al. paeb@fedphe.com  
        JEROME B. BLANK    on behalf of Creditor   JPMorgan Chase Bank, National Association paeb@fedphe.com  
        JEROME B. BLANK    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com  
        JIM  PEAVLER    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us  
        JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E Thomas-Pope joshualthomas@gmail.com  
        KEVIN S. FRANKEL    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com  
        KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com  
        MARIO J. HANYON    on behalf of Creditor   JPMorgan Chase Bank, NA paeb@fedphe.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com  
        PETER E. MELTZER    on behalf of Creditor   Dalin Funding LP bankruptcy@wglaw.com,  state@wglaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2 bkgroup@kmllawgroup.com  
        ROBERT WINFIELD WILLIAMS     on behalf of Creditor   First Tennessee Bank, National Association rwilliams@mwm-law.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor   Ditech Financial LLC pa.bkecf@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                           TOTAL: 19

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SHARONN E. THOMAS-POPE, | : | Bky. No. 17-14588 ELF |
| | : | |
| Debtor | : | |

# O R D E R

**AND NOW,** upon consideration of the Motion for Relief from the Automatic Stay (Doc. # 51) filed by Martin Brown and Brown and Thomas, LLC (collectively "Brown"), and the response thereto, and after a hearing, and for the reasons stated in court,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART and DENIED IN PART**.

2. Effective immediately, Brown is **GRANTED** prospective relief from the automatic stay, see 11 U.S.C. §§362(a), (d), to assert his claims for monetary and injunctive relief in the pending action docketed C.A. No. L-2368-16 (N.J. Super. Camden Cty.) ("the State Court Action") **PROVIDED HOWEVER**, that Brown may not execute upon or otherwise to seek to enforce any money judgment entered in the State Court Action.

3. The automatic stay is **ANNULLED IN PART as to the Brown**, as follows:

    a. All actions taken by the parties, the arbitration panel and the court in the State Court Action during the period **July 6, 2017 to September 29, 2017** are hereby **VALIDATED**.

    b. All actions taken by the parties and the court in the State Court Action after **September 29, 2017** are **VOID**.

4. All other relief requested by the parties is **DENIED**.

Date: **December 15, 2017**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**