## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SHARONN E. THOMAS-POPE, | : | Bky. No. 17-14588 ELF |
| | : | |
| Debtor | : | |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. The confirmation hearing scheduled on **February 20, 2018** is **CONTINUED** to **March 27, 2018, at 1:00 p.m.** in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA.

2. Counsel for the Debtor **SHALL APPEAR** at the hearing unless advised by the Courtroom Deputy or counsel for the Chapter 13 Trustee (after consultation with the Courtroom Deputy) that the court is no longer requiring counsel's appearance.

3. Failure to appear and prosecute this case at the next hearing may result in **SUA SPONTE DISMISSAL OF THE CHAPTER 13 CASE**.[1]

Date: February 20, 2018

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] See, e.g., In re Jackson, 2007 WL 1188202, at *4-5 (Bankr. E.D. Pa. April 18, 2007) (court may dismiss chapter 13 bankruptcy case sua sponte pursuant to 11 U.S.C. §1307(c)).