United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14588-elf
Sharonn E Thomas-Pope                                                 Chapter 13
                Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Feb 21, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db              +Sharonn E Thomas-Pope,    856 N. 29th Street,    Philadelphia, PA 19130-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, et al. c/o
          Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
          HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
          JAMES P. SHAY    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For et
          al. james.shay@phelanhallinan.com
          JEROME B. BLANK    on behalf of Creditor    Hsbc Bank USA, N.A., AS Indenture Trustee For et al.
          paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
          paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcyl@state.pa.us,
          RA-occbankruptcy6@state.pa.us
          JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E Thomas-Pope joshualthomas@gmail.com
          KEVIN M. BUTTERY    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
          as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2 bkyefile@rasflaw.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
          MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, NA paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as indenture
          trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1
          bkgroup@kmllawgroup.com
          PETER E. MELTZER    on behalf of Creditor    Dalin Funding LP bankruptcy@wglaw.com,  state@wglaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
          YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2
          bkgroup@kmllawgroup.com
          ROBERT WINFIELD WILLIAMS    on behalf of Creditor    First Tennessee Bank, National Association
          rwilliams@mwm-law.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
                                                                           TOTAL: 21

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **SHARONN E. THOMAS-POPE,** | : | **Bky. No. 17-14588 ELF** |
| | : | |
| Debtor | : | |

## O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. The confirmation hearing scheduled on **February 20, 2018** is **CONTINUED** to **March 27, 2018, at 1:00 p.m.** in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA.

2. Counsel for the Debtor **SHALL APPEAR** at the hearing unless advised by the Courtroom Deputy or counsel for the Chapter 13 Trustee (after consultation with the Courtroom Deputy) that the court is no longer requiring counsel's appearance.

3. Failure to appear and prosecute this case at the next hearing may result in **SUA SPONTE DISMISSAL OF THE CHAPTER 13 CASE.**[1]

Date: **February 20, 2018**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

---

[1]     See, e.g., In re Jackson, 2007 WL 1188202, at *4-5 (Bankr. E.D. Pa. April 18, 2007) (court may dismiss chapter 13 bankruptcy case sua sponte pursuant to 11 U.S.C. §1307(c)).