# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Sharonn E Thomas-Pope<br><br>Debtor | Bankruptcy No. No. 17-14588-elf<br>Chapter 13 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

TO THE CLERK:

    Please mark the Objection to Confirmation of Plan filed on August 28, 2017 (Doc #29) as withdrawn.

Respectfully submitted,

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Sharonn E Thomas-Pope<br><br>Debtor | Bankruptcy No. No. 17-14588-elf<br>Chapter 13 |

## CERTIFICATE OF MAILING

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served a copy of the PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN to the parties at the addresses shown below on March 13, 2018.

The types of service made on parties were: Electronic Notification and First Class Mail:

Joshua L. Thomas, Esquire
Via ECF
*Attorney for Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

Sharonn E Thomas-Pope
856 N. 29th Street
Philadelphia, PA 19130
Via First Class Mail
*Debtor*

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121