United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 17-14588-elf
Sharonn E Thomas-Pope                                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia               Page 1 of 1            Date Rcvd: Mar 22, 2018
                              Form ID: trc                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
13970348        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2018 at the address(es) listed below:
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, et al. c/o
               Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              HARRY B. REESE    on behalf of Creditor     WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JAMES P. SHAY    on behalf of Creditor     Wells Fargo Bank, National Association As Trustee For et
               al. james.shay@phelanhallinan.com
              JEROME B. BLANK    on behalf of Creditor     Hsbc Bank USA, N.A., AS Indenture Trustee For et al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor     JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor     Ditech Financial LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JIM  PEAVLER    on behalf of Creditor     PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E Thomas-Pope joshualthomas@gmail.com
              KEVIN M. BUTTERY    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
                as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2 bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              MARIO J. HANYON    on behalf of Creditor     JPMorgan Chase Bank, NA paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of     CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT
               BANKRUPTCY GROUP, pamela.thurmond@phila.gov,    karena.blaylock@phila.gov
              PETER E. MELTZER    on behalf of Creditor    Dalin Funding LP bankruptcy@wglaw.com,
               mrivera@wglaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2
               bkgroup@kmllawgroup.com
              ROBERT WINFIELD WILLIAMS    on behalf of Creditor    First Tennessee Bank, National Association
               rwilliams@mwm-law.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor     Ditech Financial LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 24

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14588-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Sharonn E Thomas-Pope
856 N. 29th Street
Philadelphia PA 19130

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/21/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 | Wilmington Trust, National Association<br>Fay Servicing, LLC<br>3000 Kellway Dr. Ste 150<br>Carrollton, TX 75006 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/24/18

Tim McGrath
**CLERK OF THE COURT**