# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SHARONN E. THOMAS-POPE, | : CASE NO. 17-14588-ELF |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : March 27, 2018 @ 1:00 p.m. |
| | : |
| SHARONN E. THOMAS-POPE, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 99 |

### CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S AMENDED OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Amended Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on March 27, 2018, by:

**17-14588-ELF Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Harry B. Reese sat harry.reese@pkallc.com, chris.amann@pkallc.com, nick.bracey@pkallc.com, jill@pkallc.com, Samantha.gonzalez@pkallc.com

Jill Manuel-Coughlin at jill@pkallc.com, harry.reese@pkallc.com, chris.amann@pkallc.com, nick.bracey@pkallc.com, Samantha.gonzalez@pkallc.com

Mario J. Hanyon at paeb@fedphe.com

Matteo S. Weiner at bkgroup@kmllawgroup.com

Jerome B. Blank at paeb@fedphe.com

Danielle Boyle-Ebersole at debersole@hoflawgroup.com, bbleming@hoflawgroup.com

Kevin M. Buttery at bkyefile@rasflaw.com

E. McCord Clayton at cord@claytonlit.com

Kevin S. Frankel at pa-bk@logs.com

Peter E. Meltzer at bankruptcy@wglaw.com,mrivera@wglaw.com

James P. Shay at james.shay@phelanhallinan.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Thomas Young.Hae Song at paeb@fedphe.com

Joshua L. Thomas at joshualthomas@gmail.com

Pamela Elchert Thurmond at pamela.thurmond@phila.gov, karena.blaylock@phila.gov

Robert W. Williams at rwilliams@mwm-law.com

**17-14588-ELF Notice will not be electronically mailed to:**

The Bank of New York Mellon
Robertson, Anschutz & Schneid
6409 Congress Ave., Suite 100
Boca Raton, FL  33487

Wilmington Trust, National Assoc., not in its individual capacity, but solely as trustee for MFRA Trust 2015-1
Fay Servicing, LLC
3000 Kellway Dr., Suite 150
Carrollton, TX  75006

EXECUTED ON: March 27, 2018

                              Respectfully submitted by,

By:   /s/ Jim Peavler
       Counsel
       PA Department of Revenue
       Office of Chief Counsel
       Dept. 281061
       Harrisburg, PA 17128-1061
       PA I.D.  320663
       Phone:  717-787-2747
       Facsimile:  717-772-1459
       jpeavler@pa.gov