**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SHARONN E. THOMAS-POPE, | : | Bky. No. 17-14588 ELF |
| | : | |
| Debtor | : | |

# O R D E R

**AND NOW,** after a hearing held on **March 27, 2018**, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before May 15, 2018**.

2. The confirmation hearing is **CONTINUED** to **June 12, 2018, at 11:00 a.m., on a MUST-BE-TRIED BASIS**.

3. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: March 27, 2018

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**