United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14588-elf
Sharonn E Thomas-Pope                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2              Date Rcvd: Mar 28, 2018
                              Form ID: 160              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
db              +Sharonn E Thomas-Pope,   856 N. 29th Street,   Philadelphia, PA 19130-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, et al. c/o
               Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JAMES P. SHAY    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For et
               al. james.shay@phelanhallinan.com
              JEROME B. BLANK    on behalf of Creditor    Hsbc Bank USA, N.A., AS Indenture Trustee For et al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E Thomas-Pope joshualthomas@gmail.com
              KEVIN M. BUTTERY    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2 bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              MARIO J. HANYON    on behalf of Creditor    JPMorgan Chase Bank, NA paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of    CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT
               BANKRUPTCY GROUP, pamela.thurmond@phila.gov,  karena.blaylock@phila.gov
              PETER E. MELTZER    on behalf of Creditor    Dalin Funding LP bankruptcy@wglaw.com,
               mrivera@wglaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2
               bkgroup@kmllawgroup.com
              ROBERT WINFIELD WILLIAMS    on behalf of Creditor    First Tennessee Bank, National Association
               rwilliams@mwm-law.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
               For et al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

```
District/off: 0313-2         User: Virginia           Page 2 of 2              Date Rcvd: Mar 28, 2018
                             Form ID: 160             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                            TOTAL: 25

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sharonn E Thomas−Pope
    Debtor(s)

Case No: 17−14588−elf

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Court,

    on: 6/12/18

    at: 11:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 3/28/18

For The Court

Timothy B. McGrath
Clerk of Court

104
Form 160