United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14588-elf
Sharonn E Thomas-Pope                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia           Page 1 of 2            Date Rcvd: Mar 28, 2018
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db             +Sharonn E Thomas-Pope,   856 N. 29th Street,   Philadelphia, PA 19130-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor   U.S. Bank, National Association, et al. c/o
           Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          E. McCord CLAYTON   on behalf of Creditor Martin  Brown cord@claytonlit.com
          HARRY B. REESE    on behalf of Creditor   WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
          JAMES P. SHAY    on behalf of Creditor   Wells Fargo Bank, National Association As Trustee For et
           al. james.shay@phelanhallinan.com
          JEROME B. BLANK    on behalf of Creditor   Hsbc Bank USA, N.A., AS Indenture Trustee For et al.
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   JPMorgan Chase Bank, National Association
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JIM  PEAVLER    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E Thomas-Pope joshualthomas@gmail.com
          KEVIN M. BUTTERY    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
           as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2 bkyefile@rasflaw.com
          KEVIN S. FRANKEL    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor   JPMorgan Chase Bank, National Association
           pa-bk@logs.com
          MARIO J. HANYON    on behalf of Creditor   JPMorgan Chase Bank, NA paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, as indenture
           trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1
           bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of    CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT
           BANKRUPTCY GROUP, pamela.thurmond@phila.gov, karena.blaylock@phila.gov
          PETER E. MELTZER    on behalf of Creditor   Dalin Funding LP bankruptcy@wglaw.com,
           mrivera@wglaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
           YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2
           bkgroup@kmllawgroup.com
          ROBERT WINFIELD WILLIAMS    on behalf of Creditor   First Tennessee Bank, National Association
           rwilliams@mwm-law.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, National Association As Trustee
           For et al. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

```
District/off: 0313-2         User: Virginia              Page 2 of 2            Date Rcvd: Mar 28, 2018
                             Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 25

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SHARONN E. THOMAS-POPE, | : | Bky. No. 17-14588 ELF |
| | : | |
| Debtor | : | |

# O R D E R

**AND NOW,** after a hearing held on **March 27, 2018**, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before May 15, 2018**.

2. The confirmation hearing is **CONTINUED** to **June 12, 2018, at 11:00 a.m., on a MUST-BE-TRIED BASIS**.

3. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: March 27, 2018

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**