IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Sharonn E. Thomas-Pope,<br>    Debtor.<br>_____<br>Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2,<br>    Movant,<br>v.<br>Sharonn E. Thomas-Pope,<br>    Debtor,<br><br>William C. Miller, Trustee,<br>   Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-14588/ELF<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __11th__ day of __April__, 2018, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents for the property located at 4712 Penn Street, Philadelphia, PA 19124; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**