**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br>Sharonn E Thomas-Pope,<br>　Debtor.<br>_____ / | CASE NO.: 17-14588-elf<br>CHAPTER 13 |

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

　　　　　　　　　　　　　　　　Robertson, Anschutz & Schneid, P.L.
　　　　　　　　　　　　　　　　Authorized Agent for Secured Creditor
　　　　　　　　　　　　　　　　6409 Congress Ave., Suite 100
　　　　　　　　　　　　　　　　Boca Raton, FL 33487
　　　　　　　　　　　　　　　　Telephone: 561-241-6901
　　　　　　　　　　　　　　　　Facsimile: 561-997-6909
　　　　　　　　　　　　　　　　By: /s/Kevin Buttery
　　　　　　　　　　　　　　　　Kevin Buttery, Esquire
　　　　　　　　　　　　　　　　Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on May 26, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOSHUA L. THOMAS & ASSOCIATES  
PO BOX 415  
POCOPSON, PA  19366

SHARONN E THOMAS-POPE  
856 N. 29TH STREET  
PHILADELPHIA, PA  19130

WILLIAM C. MILLER, ESQ.  
P.O. BOX 1229  
PHILADELPHIA, PA  19105

U.S. TRUSTEE  
833 CHESTNUT STREET  
SUITE 500  
PHILADELPHIA, PA 19107

                                      Robertson, Anschutz & Schneid, P.L.  
                                      Authorized Agent for Secured Creditor  
                                      6409 Congress Ave., Suite 100  
                                      Boca Raton, FL 33487  
                                      Telephone: 561-241-6901  
                                      Facsimile: 561-997-6909  
                                      By: /s/Kevin Buttery  
                                      Kevin Buttery, Esquire  
                                      Email: kbuttery@rascrane.com