IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Joshua Thomas, Esq.
PA ID 312476
Joshua L. Thomas & Associates
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Phone   215-806-1733
Fax     888-314-8910
Email   JoshuaLThomas@gmail.com
Attorney for Debtor

In Re:

    SHARONN E THOMAS-POPE

Debtor

Case No:   17-14588-elf

Chapter:   13

Motion To Voluntarily Dismiss Case Pursuant To 11 U.S. Code § 1307(b)

1. 11 U.S. Code § 1307 (b) states that *"on request of the debtor at any time, if the case has not been converted …, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable."*

2. This case was not converted under any of the relevant statutes.

3. This motion may be considered ex parte.

4. There are no parties that will be prejudiced by allowing this case to be dismissed.

5. This bankruptcy was filed on July 6, 2017.

6. Since that time, debtor has been working tirelessly on trying to resolve the outstanding mortgages via loan modifications, and working with the other creditors to try and get her plan to be feasible.

7. While the modifications have started to become successful, success has not come quickly enough.

8. Further, while certainly creditors have been willing to discuss the matter and have bene open to negotiations, even at the best of terms, debtor could get her plan to become feasible.

9. Debtor fully intends on working with her creditors long-term to reach amicable resolutions, however, she cannot at this time obtain a plan that would be feasible without being able to finalize the modifications.

10. As such, while she entered bankruptcy and has diligently tried to resolve all of the outstanding matters towards confirmation, she has not been able to do so at this time.

   WHEREFORE, Debtor requests that this Honorable Court grant her request to voluntarily dismiss the case at this time.


Dated:  __June 11, 2018_____                    Respectfully submitted,


                                          By:  ____/s/ Joshua Thomas_____
                                                Joshua Thomas, Esq.
                                                *Attorney for Debtor*

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA | |
| | |
| In Re: <br><br> SHARONN E THOMAS-POPE <br><br> Debtor | Case No:   17-14588-elf <br><br> Chapter:    13 |

## ORDER

AND NOW, this           day of                      , 2018, upon consideration of the attached Motion and after notice having been given to all interested parties, it is hereby ORDERED that:

Debtor's motion for voluntary dismissal is **GRANTED** and the case is **DISMISSED**.

BY THE COURT:

_____
                                                                                                    J.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Joshua Thomas, Esq.
PA ID 312476
Joshua L. Thomas & Associates
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Phone   215-806-1733
Fax     888-314-8910
Email   JoshuaLThomas@gmail.com
Attorney for Debtor

In Re:

    SHARONN E THOMAS-POPE

Debtor

Case No:   17-14588-elf

Chapter:   13

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned attorneys for Debtor will apply to the

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, as soon as

counsel may be heard for an Order Voluntarily Dismissing this Bankruptcy Case.

Your rights may be affected.  You should read these papers carefully and discuss them
with your attorney, if you have an attorney in this bankruptcy case.  (If you do not have an
attorney, you may wish to consult an attorney.)

1.     If you do not want the court to grant the relief sought in the Motion or you want

the court to consider your views on the Motion, then you or your attorney must do

all of the following:

    a. File an answer explaining your position at:

Office of the Clerk<br>
United States Bankruptcy Court<br>
900 Market Street<br>
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for your filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy to the Debtor:

Joshua L. Thomas & Associates<br>
PO Box 415<br>
Pocopson, PA 19366

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.     In an Objection is filed, a hearing on the Motion will be scheduled to be held. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which a witness may testify with respect to disputed material factual issues in the matter directed by Fed. R. Bankr. P. 9014(d).

4.     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

Dated: _June 11, 2018_____                        Respectfully submitted,

                                                By: _____/s/ Joshua Thomas_____<br>
                                                       Joshua Thomas, Esq.<br>
                                                       *Attorney for Debtor*

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF PENNSYLVANIA | |
| Joshua Thomas, Esq.<br>PA ID 312476<br>Joshua L. Thomas & Associates<br>225 Wilmington-West Chester Pike<br>Suite 200<br>Chadds Ford, PA 19317<br>Phone   215-806-1733<br>Fax       888-314-8910<br>Email   JoshuaLThomas@gmail.com<br>Attorney for Debtor | |
| In Re:<br><br>   SHARONN E THOMAS-POPE<br><br>Debtor | Case No:   17-14588-elf<br><br>Chapter:    13 |

### CERTIFICATE OF SERVICE

    I, Josh Thomas, do hereby certify that on June 11, 2018, service of a true and correct copy of the attached pleadings, and attachments thereto, was delivered by first class mail and/or electronic filing to the all interested parties.

Dated:  _June 11, 2018_                     Respectfully submitted,


                                   By:   __/s/ Joshua Thomas__
                                        Joshua Thomas, Esq.
                                        *Attorney for Debtor*