# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    SHARONN E THOMAS-POPE, | : | |
|         Debtor | : | Bky. No.  17-14588 ELF |

## O R D E R  D I S M I S S I N G  C H A P T E R  13  C A S E

**AND NOW,** the Debtor having filed a Motion to Dismiss Chapter 13 Case, see 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208,

It is hereby **ORDERED** that this case is **DISMISSED**.

**Date: June 12, 2018**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE