United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14588-elf
Sharonn E Thomas-Pope                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 3              Date Rcvd: Jun 12, 2018
                              Form ID: pdf900           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
```
db            +Sharonn E Thomas-Pope,    856 N. 29th Street,    Philadelphia, PA 19130-1144
cr            +First Tennessee Bank, National Association,    P.O. Box 1469,    Knoxville, TN 37901-1469
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr            +Martin Brown,    c/o E. McCord Clayton, Esquire,    Two Penn Center,   1500 JFK Blvd., Suite 920,
                Philadelphia, PA 19102-1742
cr            +NATIONSTAR MORTGAGE LLC, Et al.,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr            +The Bank Of New York Mellon,    Robertson, Anschutz & Schneid,    6409 Congress Ave,   Suite 100,
                Boca Raton, FL 33487-2853
cr            +Wilmington Trust, National Association, not in its,    Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
14066903      +CITY OF PHILADELPHIA, LAW DEPARTMENT  BANKRUPTCY U,    MSB,    1401 JFK BLVD, 5TH FLOOR,
                PHILADELPHIA, PA 19102-1640
13975157      +First Tennessee Bank, N.A.,    P.O. Box 1469,    Knoxville, TN 37901-1469
14027356       HSBC Bank USA, N.A., et al,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,
                P.O. Box 24605,    West Palm Beach, FL 33416-4605
13951764      +JPMorgan Chase Bank NA,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14004553       JPMorgan Chase Bank, N.A.,    Chase Records Center,,   ATTN: Correspondence Mail,,
                Mail Code LA4-5555, 700 Kansas Lane,,    Monroe, LA 71203
14019364      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14008101       Martin Brown,    c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation, LLC,
                Two Penn Ctr, 1500 JFK Blvd, Ste 920,    Philadelphia, PA  10102
13977622      +Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,   PO BOX 619094,    Dallas, TX 75261-9094
14012767      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14006995      +The Bank of New York Mellon,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
13976514      +The Bank of New York Mellon,    Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,
                PO BOX 619094,    Dallas, TX 75261-9094
13951338      +The Bank of New York Mellon,    c/o Robertson, Anschutz & Schneid, P.L.,    Bankruptcy Department,
                6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
14027353       U.S. Bank National Association, as indenture trust,    P.O. Box 65250,
                Salt Lake City UT 84165-0250
13970348       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
                Eagan, MN 55121-7700
14024760       Wells Fargo Bank, National Association et.al,    OCWEN LOAN SERVICING, LLC,
                Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14077227      +Wilmington Trust, National Association,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                Carrollton, TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:07     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2018 01:51:00     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE          +E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:06
                CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT BANK,    MSB,    1401 JFK BLVD., 5TH FLOOR,
                PHILA., PA 19102-1640
14066952       E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:06     CITY OF PHILADELPHIA,
                LAW DEPARTMENT  BANKRUPTCY,    MSB,    1401 JFK BLVD, 5TH FLOOR,    PHILA, PA  19102
14066935       E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:06     CITY OF PHILADELPHIA, LAW DEPT,
                BANKRUPTCY UNIT,    MSB,    1401 JFK BLVD, 5TH FLOOR,    PHILADELPHIA, PA  19102
14035424       E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:06     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
14022548      +E-mail/Text: bankruptcy@cavps.com Jun 13 2018 01:50:59     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13991196       E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2018 01:50:33
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
14005710       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 01:52:06
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13978620       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2018 01:50:40
                Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                Harrisburg PA  17128-0946
14026881       E-mail/Text: jennifer.chacon@spservicing.com Jun 13 2018 01:51:19
                U.S. Bank, National Association, as Trustee,    for the Structured Asset Investment et a,
                c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Sal Lake City, UT 84165-0250
                                                                                              TOTAL: 11
```

```
District/off: 0313-2           User: Virginia              Page 2 of 3                   Date Rcvd: Jun 12, 2018
                               Form ID: pdf900             Total Noticed: 34
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13974942         Dalin Funding, L.P.
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
                                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:

```
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   U.S. Bank, National Association, et al. c/o
               Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              HARRY B. REESE    on behalf of Creditor   WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com
              JAMES A. PROSTKO    on behalf of Creditor   Wells Fargo Bank, National Association As Trustee For
               et al. paeb@fedphe.com
              JAMES P. SHAY    on behalf of Creditor   Wells Fargo Bank, National Association As Trustee For et
               al. james.shay@phelanhallinan.com
              JEROME B. BLANK    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   Hsbc Bank USA, N.A., AS Indenture Trustee For et al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E Thomas-Pope joshualthomas@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkyefile@rasflaw.com
              KEVIN M. BUTTERY    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2 bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor   JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              MARIO J. HANYON    on behalf of Creditor   JPMorgan Chase Bank, NA paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, as indenture
               trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of    CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT
               BANKRUPTCY GROUP, pamela.thurmond@phila.gov,    karena.blaylock@phila.gov
              PETER E. MELTZER    on behalf of Creditor   Dalin Funding LP bankruptcy@wglaw.com,
               mrivera@wglaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2
               bkgroup@kmllawgroup.com
              ROBERT WINFIELD WILLIAMS    on behalf of Creditor   First Tennessee Bank, National Association
               rwilliams@mwm-law.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, National Association As Trustee
               For et al. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
```

```
District/off: 0313-2          User: Virginia              Page 3 of 3              Date Rcvd: Jun 12, 2018
                              Form ID: pdf900             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                        TOTAL: 28

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| SHARONN E THOMAS-POPE, | : | |
| Debtor | : | Bky. No.  17-14588 ELF |

# O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E

**AND NOW,** the Debtor having filed a Motion to Dismiss Chapter 13 Case, see 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208,

It is hereby **ORDERED** that this case is **DISMISSED**.

**Date: June 12, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**